**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 5 2026

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GABRIEL STIRITZ
and JOSH SANFORD                                                    PLAINTIFFS
v.                      CASE NO. 4:26CV565-DPM

MARTELL GROWTH SOLUTIONS, INC.,
and DAN MARTELL                                                    DEFENDANTS

### CORPORATE DISCLOSURE STATEMENT OF
### MARTELL GROWTH SOLUTIONS INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Martell Growth Solutions Inc. states that it is a nongovernmental corporate party. Its parent company is Martell Growth Holdings. No publicly held corporation owns 10% or more of its stock. If this information changes, Martell Growth Solutions, Inc., will promptly file a supplemental statement.

Respectfully submitted:

J. Andrew Vines (AR Bar No. 98140)
DOBSON & VINES, PLLC
P.O. Box 251763
Little Rock, Arkansas 72225

Phone:      (501) 490-9906
Fax:        (501) 712-4538
Email:      avines@dobsonvines.com

*Attorneys for Defendant Martell Growth Solutions, Inc.*