IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**GABRIEL STIRTZ**                                              **PLAINTIFFS**
**and JOSH SANFORD**


vs.                              No. 4:26-cv-565-DPM


**MARTELL GROWTH SOLUTIONS,**                    **DEFENDANTS**
**INC., and DAN MARTELL**

## JOINT NOTICE OF SETTLEMENT

Plaintiffs and Defendants submit this Joint Notice of Settlement to apprise the Court that Plaintiffs and Defendants have reached a settlement in principle that will resolve all claims asserted by Plaintiffs. The Parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within 30 days from the filing of this Joint Notice of Settlement. Should the Parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the Parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**PLAINTIFFS GABRIEL STIRITZ
and JOSH SANFORD**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Taylor-Marie Young
LAWSON LUNDELL LLP
Suite 1800 Landmark 6
1631 Dickson Avenue
Kelowna, British Columbia
V1Y 0B5
Telephone: (250) 861-5332