IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GABRIEL STIRITZ and JOSH SANFORD                    PLAINTIFFS

v.                              No. 4:26-cv-565-DPM

MARTELL GROWTH SOLUTIONS, INC.
and DAN MARTELL                                     DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 11 August 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

_____
11 June 2026